AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Aaron Carter

was received by me on *(date)* 09-03-2020 .

☒ I personally served the summons on the individual at *(place)*
42236 Bluefax Ave, Lancaster CA 93536 on *(date)* 09-03-2020 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 80.00 for travel and $ _____ for services, for a total of $ 80.00 .

I declare under penalty of perjury that this information is true.

Date: 09-03-2020

*Rochelle Gelt*
Server's signature

Rochelle Gelt   Process Server
Printed name and title

4083 West Ave L #111, Lancaster CA 93536
Server's address

Additional information regarding attempted service, etc: