George V. Granade (State Bar No. 316050)
ggranade@reesellp.com
**REESE LLP**
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272
*Counsel for Plaintiff*

David C. Deal (VA Bar No.: 86005)
david@daviddeal.com
**The Law Office of David C. Deal, P.L.C.**
P.O. Box 1042
Crozet, VA 22932
434-233-2727, Telephone
*Pro Hac Vice Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAS JÖDICKE,<br><br>   Plaintiff,<br><br>v.<br><br>AARON CARTER,<br><br>   Defendant. | Case No.: 20-cv-7946-DMG-MRW |

DECLARATION OF JONAS JÖDICKE PURSUANT TO 28 U.S.C. § 1746

I, JONAS JÖDICKE, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am over the age of eighteen (18) and otherwise competent to testify.

2. I have personal knowledge of the following facts and, if called as a witness, could testify completely thereto.

3. I submit this Declaration pursuant to 28 U.S.C. § 1746, in support of my request for $150,000.00 in statutory damages, and $5,875.00 in actual damages.

1

4. I am digital artist specializing in majestic animals and magical scenes. I reside in Berlin, Germany.

5. My illustrations, including the copyrighted work at issue in this case, "Brotherhood" ("Copyrighted Illustration"), are sought after by advertising, editorial, and other commercial entities worldwide and have been published by most major and international media including Ravensburger, Walmart, Adobe, Winsor & Newton, Chameleon Art products, Daniel Wellington, Diamond Art Club, and Electrothreads. Based on my experience, I command high license fees. EXHIBIT 1 of this declaration contains examples of recent licenses.

6. I created Copyrighted Illustration on September 1, 2015. For the creation, I spent approximately twelve (12) hours using Photoshop CC on a Wacom tablet.

7. On September 5, 2015, I published the Copyrighted Illustration to www.instagram.com/p/7QnDHxIOVf, my Instagram account on which I display my illustrations.

8. The above detailed publication included the following copyright information: © FACEBOOK.COM/~~JOJOART~~. JoJoesART

9. On January 17, 2020, Carter copied and posted the Copyrighted Illustration to Carter's Twitter feed, www.twitter.com/aaroncarter.

10. Carter used Copyrighted Illustration to advertise the sale of hoodies available on www.aaroncarter.com.

11. I notified Carter of his unlicensed use of Copyrighted Illustration.

12. On February 26, 2020 I registered the Works with the Register of Copyrights and was assigned the registration number VA 2-196-134.

13. Despite direct knowledge that Copyrighted Illustration was my intellectual property and my previous notice that he was not permitted to copy and use Copyrighted Illustration without license or permission, Carter again copied Copyrighted Illustration.

14. On March 20, 2020, Carter copied and posted Copyrighted Illustration to Carter's Twitter feed, www.aaroncarter.com.

15. Carter used Copyrighted Illustration in this case as his Twitter profile image.

2

16. I am entitled to actual damages and statutory damages and costs in this case per 17 U.S.C. § 504 based on my timely registration of Copyrighted Illustration.

17. I am entitled to actual damages and statutory damages and costs in this case per 17 U.S.C. § 1202 based on Carter's removal of my name and copyright information from Copyrighted Illustration before posting Copyrighted Illustration to his Twitter feed.

I swear of affirm the foregoing is true and correct under penalties of perjury.

DATED: October 26, 2020

*Jonas Jödicke*

Jonas Jödicke

# EXHIBIT 1

# COPYRIGHT LICENSE AGREEMENT

THIS LICENSE AGREEMENT (the "Agreement") is made by and between Jonas Jödicke, an individual residing in Germany, ("Licensor") and ContextLogic, Inc., a Delaware corporation ("Licensee"). This Agreement is effective as of the last date signed by either Licensor or Licensee (the "Effective Date"). Each of the parties will sometimes be referred to herein individually as "Party" and will sometimes collectively be referred to as the "Parties."

## RECITALS

WHEREAS, Licensor is the sole and exclusive owner of the copyrights and all other rights in and to the work identified more fully in **Schedule A** attached hereto (the "Work") and has the power and authority to grant to Licensee the right, privilege, and license to reproduce, distribute, and publicly display the Work, as it appears on a hooded sweatshirt in the video advertisement represented and identified more fully in **Schedule B** attached hereto, (the "Purpose"); and

WHEREAS, Licensee desires to obtain from Licensor a license to use the Work for the Purpose; and

NOW, THEREFORE, in consideration of the promises and agreements set forth herein, the Parties, each intending to be legally bound hereby, do promise and agree as follows:

## TERMS AND CONDITIONS

**1. LICENSE GRANT.** Licensor hereby grants to Licensee a non-exclusive, worldwide, perpetual, fully paid-up license to all rights necessary to reproduce, distribute, and publicly display the Work as contemplated by, and only in connection with the Purpose without attribution to the Licensor. Licensee may grant any sublicenses to the Work to any third party, but only in furtherance of, or in connection with the Purpose and consistent with the license granted to Licensee.

**2. COMPENSATION.** In consideration for the licenses granted hereunder, Licensee agrees to pay to Licensor €5,000 (Five Thousand Euros) promptly and within 10 business days of the Effective Date by wire transfer to the account detailed below.

Bank: Comdirect bank AG  (letter "o")  (zero)
~~ABA Routing~~ #: SWIFT/BIC: COBADEHD044
Account #: (IBAN): DE 11 2004 1144 0831 5350 00
Account Name #: Jonas Jödicke

**3. LICENSEE'S OBLIGATIONS.** Licensee shall expeditiously remove from Licensee's online marketplace platform any content that Licensor, in good faith, properly identifies and alleges infringes the copyrights of Licensor pursuant to, and consistent with Licensee's Copyright Dispute Policy, Terms of Use, and other applicable policies. Licensee shall provide reasonable assistance to Licensor for the creation of a store within Licensee's platform by which

Copyright License Agreement

Licensor can sell LICENSED and OFFICIAL collections of Licensor's art, including licensed prints, apparel, and other products and collect and be paid revenue for the sales of such products pursuant to, and consistent with Licensor's standard merchant agreements and other applicable policies.

**4. WARRANTIES, OBLIGATIONS, AND INDEMNIFICATION.** Licensor represents and warrants that it has the right and power to grant the license granted herein and that there are no other agreements with any other party in conflict herewith. Licensor represents and warrants that the Work does not infringe any valid right of any third party. For example, Licensor represents and warrants that the Work has not been adapted from any other work, nor has material from any other work been copied and used in the Work. Licensor agrees to defend and indemnify Licensee, its officers, directors, agents, sub-licensees, and employees, against all costs, expenses and losses (including reasonable attorneys' fees and costs) incurred through claims of third parties against Licensee alleging that Licensee's use of the Work in connection with Purpose infringes the rights of another.

**5. MUTUAL RELEASE.** Each Party, along with its officers, directors, shareholders, members, affiliates, associates, subsidiaries, predecessors, successors, assigns, agents, employees, partners, trustees, beneficiaries, representatives, and all persons acting by, through, under, or in concert with them, hereby releases the other, along with its officers, directors, shareholders, members, affiliates, associates, subsidiaries, predecessors, successors, assigns, agents, employees, partners, trustees, beneficiaries, representatives, and all persons acting by, through, under, or in concert with them, of and from the claims made, or which could have been made, and any and all claims and causes of action, actions, suits, proceedings, defenses, affirmative defenses, obligations, liabilities, demands, damages, losses, costs, attorneys' fees, and/or expenses of any nature which each Party at any time had, owned or held from the beginning of time to the Effective Date, including, without limitation, any claims arising out of, based upon, or relating in any way to the Work or the subject matter of this Agreement.

**6. CONFIDENTIALITY.** Unless otherwise agreed by the parties in writing in advance, Licensor shall treat the existence and terms of this Agreement as confidential information that shall not disclosed to any third party without the prior written consent of Licensee, except: (i) in confidence, to a Licensor's attorneys, business advisors, financing sources, proposed financing sources, and their advisors or attorneys, in each case who are bound by obligations of confidentiality, as may be reasonably required to (A) execute this Agreement, (B) enforce this Agreement, (C) in connection with a merger, acquisition, financing, or proposed merger, acquisition, or financing; or (ii) to the extent required by law.

**7. MISCELLANEOUS.** The laws of the State of California will govern the validity, construction, interpretation, and the effect of this entire Agreement, without regard to the conflicts of law provisions of any jurisdiction that would result in the application of another jurisdiction's laws. Venue and jurisdiction of any lawsuit involving this Agreement exists exclusively in the state and federal courts located in San Francisco, California. The provisions of this Agreement shall be binding upon and shall inure to the benefit of the Parties hereto, their heirs, administrators, successors and assigns. No waiver by either party of any default shall be deemed as a waiver of prior or subsequent default of the same or other provisions of this

Copyright License Agreement

Agreement. If any term, clause or provision hereof is held invalid or unenforceable by a court of competent jurisdiction, such invalidity shall not affect the validity or operation of any other term, clause or provision and such invalid term, clause or provision shall be deemed to be severed from the Agreement. Nothing contained herein shall constitute this arrangement to be employment, a joint venture or a partnership. This Agreement constitutes the entire understanding of the Parties, and revokes and supersedes all prior agreements between the Parties, including any option agreements which may have been entered into between the Parties, and is intended as a final expression of their Agreement. It shall not be modified or amended except in writing signed by the parties hereto and specifically referring to this Agreement. This Agreement shall take precedence over any other documents which may be in conflict with said Agreement. This Agreement may be executed in counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. The Agreement may be executed and delivered via electronic mail or facsimile and the parties agree that such electronic mail or facsimile execution and delivery will have the same force and effect as delivery of an original document with original signatures, and that each party may use such signatures as evidence of the execution and delivery of this Agreement by all parties to the same extent that an original signature could be used.

IN WITNESS HEREOF, the parties hereto have executed this Agreement by their duly authorized representatives as indicated below

| Jonas Jödicke (Licensor) | ContextLogic, Inc. (Licensee) |
|---|---|
| By: *J. Jödicke* | By: *[signature]* |
| Printed Name: Jonas Jödicke | Printed Name: Devan Shah |
| Date: 14th of April 2018 | Position: General Counsel |
| | Date: 4/16/2018 |

Copyright License Agreement

**SCHEDULE A**

Copyright License Agreement

8

## SCHEDULE B

An audiovisual work represented by the still image below:



DMS 12116191v1

# Copyrighted works License Agreement

This Agreement is made on

between

Jonas Jödicke, a individual who resides in Berlin, Germany with the passport number C3FPK7F5Y and who legally owns the intellectual property rights of those artworks displayed on the following websites
https://www.deviantart.com/jojoesart/art/Where-Light-and-Darkness-Meet-Video-Process-592626345 (refer as Jonas )

and

Zoetop Business Co., Limited, a limited liability company incorporated in HongKong, having its registered office, ROOM 11-12 2/F HONG LEONG PLAZA (PHASE 1) NO.33 LOK YIP ROAD FANLING NT, HONG KONG (refer as ZOETOP )

Whereas ZOETOP running it's business on a series of websites including www.shein.com and concentrated on offering fashion products to worldwide countries
Whereas Jonas is a free-will artist who owns the intellectual property rights of it's self-created works and is willing to offer it's copyrighted work's license to ZOETOP.
Now therefore, after friendly negotiation and based on mutual benefits, both parties are agree as follows:

**1. General Provisions**
1. Jonas owns all intellectual property rights of its created works displayed on the following website https://www.deviantart.com/jojoesart/art/Where-Light-and-Darkness-Meet-Video-Process-592626345 . As negotiated by each other, Jonas irevacably provide ZOETOP a non-exclusive and non-transferable license (without the right to sub-license) to use the designated copyrighted works listed on Appendix 1 on websites operated or controlled by ZOETOP, ZOETOP is allowed to manufacture, sell, promote and distribute products with this designated artwork.

2. ZOETOP will sell or offer for sale the products with Jonas's works in the following websites
(a) www.shein.com
(b) www.sheinoutlet.com

10

(c) www.romwe.com
(d) www.makemechic.com

3. Valid period of license : from 2018/10/1 to 2019/9/30.

4. After the expiration of this license, ZOETOP shall remove all Jonas's artworks from its production, promotion or selling within 2 months from the date of expiration(Grace period). During this grace period, ZOETOP is still obligated to pay the royalties as set out in this agreement which will be calculated by months.

5. The license artwork is listed on Appendix 1, ZOETOP reserves the right to add any Jonas's artworks on Appendix 1 with consent of Jonas.

## 2. General Obligations of Both Parties

2.1. Jonas shall provide the copyrighted works in accordance with this agreement and comply with all applicable laws and regulations.

2.2 Jonas promises that all the works provided to ZOETOP are created by himself and will not infringe any third party's IP rights. If accusation of infringing the rights of third parties occurs, Jonas shall be responsible for dealing with the third parties and bear the full legal and financial responsibilities arising therefrom.

2.3 Jonas will not make any claims, complaints or authorize other parties to file any claims, complaints to ZOETOP or its affiliate companies.

2.4 Jonas agrees to indemnify ZOETOP and keep it indemnified at all times against all or any costs, claims, damages or expenses may incurred to ZOETOP, or for which ZOETOP may become liable, with respect to any intellectual property infringement claim or other claim relating to the Jonas's woks , including costs, claims, damages or expenses incurred in relation to it and any legal costs of defending any of the above claims.

2.5 ZOETOP shall pay the royalty in time as regulated in this agreement.

2.6 ZOETOP promises to comply with all applicable laws and regulations when using Jonas's copyrighted works , any breach of such laws and regulations, ZOETOP bear all of the relevant responsibility.

2.7 Without written permission, ZOETOP is not allowed to share the licensed works with others or sublicense the works to any other third party to produce, promote and distribute products .

2.8 ZOETOP reserves the right to use Jonas's artworks in any manner to design and manufacture its own products at its sole discretion.

## 3. Payment Terms and Method

3.1. During the license period, both parties agree that the total royalty amount for Jonas's artworks chose by ZOETOP in this agreement shall be

2000 USD. ZOETOP shall pay 100% of the total royalty to Jonas after the fully execution of this agreement. Jonas shall issue an invoice to ZOETOP accordingly before any payment.

3.2. Payment will be made to the following account designated by Jonas

Beneficiary bank name: comdirect bank AG
Beneficiary Account: Jonas Joedicke
Account number (IBAN): DE11200411440831535000
Swift code (BIC): COBADEHD044

This account is deemed as the receipt account, any changes of receipt account shall be informed in written manner

**4. Confidentiality Restrictions**

4.1. Any information of this agreement, as well as the Party's business activity, sales information, new solutions and technical knowledge which has been received by the other party during the execution of this Agreement shall be kept confidential and shall not be subject to disclosure to any third parties without written consent of the other Party.

**5. Dispute Settlement Procedure**

5.1 The implementation and interpretation of this Agreement shall be governed by the laws and regulations of Hong Kong. All disputes arising out of this Agreement shall be resolved through friendly negotiation between the two parties. If no settlement can be reached, either party may submit the exclusive jurisdiction to the Court of Hong Kong.

**6. Miscellaneous**

6.1 Nothing in this agreement is intended to, or shall be deemed to, establish any partnership or joint venture between any of the parties, constitute any party the agent of another party, or authorize any party to make or enter into any commitments for or on behalf of any other party

6.2 If any provision of this Agreement is determined to be illegal or unenforceable by any court of competent jurisdiction, it shall be deemed to have been deleted without affecting the remaining provisions.

6.3 This agreement may be executed in any number of counterparts, each of which when executed shall constitute a duplicate original, but all the counterparts shall together constitute the one agreement.

IN WITNESS WHEREOF, the Parties have duly executed this agreement with full authority to do so as of the day and year written below.

Signature: _Charon He_
Authorized Signature
Zoetop Business Co., Limited

Date: 10. October 2018

Signature: *Jonas Jödicke*

Jonas Jödicke

Date: 2nd of October 2018

### Appendix 1-License Artworks

| Work name and listing | images | author |
|---|---|---|
| Where Light and Dark Meet https://img00.deviantart.net/9ec4/i/2018/159/5/8/where_light_and_darkness_meet___video_process__by_jojoesart-d9su1ex.jpg | | Jonas Jödicke |
| | | |