David C. Deal (admitted *pro hac vice*)
*david@daviddeal.com*
**The Law Office of David C. Deal, P.L.C.**
P.O. Box 1042
Crozet, VA 22932
434-233-2727, Telephone

*Co-Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JONAS JÖDICKE,

    Plaintiff,

v.

AARON CARTER,

    Defendant.

Case No.: 20-cv-7946-DMG-MRW

DECLARATION OF DAVID C. DEAL PURSUANT TO LOCAL RULE 55-1

1

I, DAVID C. DEAL, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am counsel for Plaintiff JONAS JÖDICKE ("Jödicke" or "Plaintiff") in this action and have personal knowledge of the facts stated herein. I submit this Declaration pursuant to Local Rule 55-1 and in support of Plaintiff's Motion for Default Judgment, Permanent Injunction, Statutory Damages, Actual Damages, and Other Equitable Relief against Defendant AARON CARTER ("Carter" or "Defendant").

2. On August 31, 2020, Jödicke filed a Complaint ("Complaint," ECF No. 1) against Carter for violations of the U.S. Copyright Act.

3. On September 3, 2020, I received a call from defendant Carter [424-232-4946].

4. On the September 3, 2020 telephone call, Carter stated he was calling in response to being served with copies of the Complaint and Summons in this case.

5. On the September 3, 2020 telephone call, Carter repeatedly used profanity and insults to describe Jödicke, and demonstrated no remorse for infringing on Jödicke's Copyrighted Illustration.

6. On October 5, 2020, as a result of Defendant's failure to respond to the Complaint within the time allowed by the Federal Rules of Civil Procedure, Jödicke submitted an Application for Entry of Default Against Carter (ECF No. 12), which the Clerk of the Court entered on August 7, 2020. (ECF No. 13). See Fed. R. Civ. P. 55(a); L.R. 55-1(a), (b).

7. Upon information and belief, Carter is an individual but not an infant nor an incompetent person. See L.R. 55-1(c).

8. The Servicemembers Civil Relief Act of 1940 (the "SCRA"), as amended, 50 U.S.C. §§ 3901-4043 (2012), does not apply because Carter is not a member of any branch of the military service of the United States as defined by the SCRA. See L.R. 55-1(d). This statement is based upon information available from the United States Department of Defense SCRA website, available at https://scra.dmdc.osd.mil. See Status Report of Carter, a copy of which is attached to this Declaration as Exhibit 1.

2

9. As Carter has neither appeared in nor responded to this action, Fed. R. Civ. P. 55(b)(2) and L.R. 55-1(e) do not require Jödicke to notify Carter of the Motion. Nonetheless, Jödicke is serving Carter with the Motion and all related papers via United States Postal Service (USPS) Overnight Mail to Carter's last known address in Lancaster, California.

10. Previously, I a copy of the Court Order dated October 8, 2020 [ECF No. 14] on Carter via USPS overnight to Carter.

11. I am the Founder and Principal at The Law Office of David C. Deal, P.L.C., which I established in 2013. My office litigates in federal courts throughout the United States. The Law Office of David C. Deal, P.L.C is located in Charlottesville, Virginia and focuses on copyright infringement litigation.  I have litigated civil actions since 2015. Prior to practicing law, I was a commercial free-lance photographer for twenty years, specializing in portraiture for editorial and advertising client. I am a member in good standing of the state bar of Virginia, as well as numerous federal district and The Fourth Circuit Court of Appeals.

I swear of affirm the foregoing is true and correct under penalties of perjury.

DATED:  November 5, 2020                    /s/ *David C. Deal*
                                            David C. Deal

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>EXHIBIT 1</u>



Department of Defense Manpower Data Center

Results as of : Oct-26-2020 05:28:11 PM
SCRA 5.6

**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

| | |
|---|---|
| SSN: | XXX-XX-XXXX |
| Birth Date: | Dec-XX-1987 |
| Last Name: | CARTER |
| First Name: | AARON |
| Middle Name: | CHARLES |
| Status As Of: | Oct-26-2020 |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| BASED ON THE PERSONAL INFORMATION YOU PROVIDED, THERE ARE MULTIPLE RECORDS; ACCORDINGLY, DMDC CANNOT DEFINITIVELY IDENTIFY THE INDIVIDUAL AND IS UNABLE TO RELEASE ANY INFORMATION. WE STRONGLY RECOMMEND IN THIS CASE THAT YOU CALL THE SERVICE SCRA FOR ADDITIONAL VERIFICATION. A URL FOR THE SERVICE SCRA POINTS-OF-CONTACT IS PROVIDED BELOW. ||||

HOWEVER, WITHOUT A SOCIAL SECURITY NUMBER, THE DEPARTMENT OF DEFENSE MANPOWER DATA CENTER CANNOT AUTHORITATIVELY ASSERT THAT THIS IS THE SAME INDIVIDUAL THAT YOUR QUERY REFERS TO. NAME AND DATE OF BIRTH ALONE DO NOT UNIQUELY IDENTIFY AN INDIVIDUAL.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

# EXHIBIT 2

# THE LAW OFFICE OF DAVID C. DEAL, P.L.C. LODESTAR

*JÖDICKE V. CARTER*, 20-cv-7946

| Attorney | Position | Hours | Hourly Rate | Lodestar |
|---|---|---|---|---|
| David C. Deal | Principal | 18 | $750 | $13,500.00 |
| TOTAL | | | | $13,500.00 |

## Costs

Service of Process                                                  $80.00