Michael R. Reese (California State Bar No. 206773)
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone:  (212) 643-0500
Facsimile:   (212) 253-4272
*mreese@reesellp.com*

George V. Granade (State Bar No. 316050)
*ggranade@reesellp.com*
**REESE LLP**
8484 Wilshire Boulevard, Suite 515
Los Angeles, California 90211
Telephone: (310) 393-0070
Facsimile: (212) 253-4272

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAS JÖDICKE,<br><br>    Plaintiff,<br><br>v.<br><br>AARON CARTER,<br><br>    Defendant. | Case No.: 20-cv-7946-DMG-MRW<br><br>DECLARATION OF<br>MICHAEL R. REESE |

1

I, Michael R. Reese, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am co-counsel for Plaintiff JONAS JÖDICKE ("Jödicke" or "Plaintiff") in this action and have personal knowledge of the facts stated herein. I submit this Declaration pursuant to Local Rule 55-1 and in support of Plaintiff's Motion for Default Judgment, Permanent Injunction, Statutory Damages, Actual Damages, and Other Equitable Relief against Defendant AARON CARTER ("Carter" or "Defendant").

2. I am the founding and managing partner of Reese LLP, a law firm established in 2008 that litigates in federal and state courts throughout the United States. Reese LLP has offices in New York and California and focuses on litigation. I am an experienced attorney, having litigated civil actions since 2000. I also have been as an adjunct professor since 2014 at Brooklyn Law School. I am an advisory board member to the UCLA Food Law and Policy Center. Prior to entering private practice, I was a prosecutor at the New York County District Attorney's Office, where I prosecuted violent felony and white collar crime. I am a member in good standing of the state bars of New York and California, as well as numerous federal district and appellate courts, including the Central District of California.

3. A copy of Reese LLP time and expense is attached hereto as Exhibit 1.

4. The hourly rates in the time records are reflectively of the hourly rates charged by my firm and which have received court approval. *See e.g. Lashambae v. Capital One Bank*, case no. 17-cv-06406-VMS (E.D.N.Y.).

I swear and affirm the foregoing is true and correct under penalties of perjury.

DATED: November 5, 2020        /s/ *Michael R. Reese*_____
                                Michael R. Reese

# EXHIBIT 1

### *JODICKE v. CARTER*

### REESE LLP LODESTAR

| Attorney | Position | Hours | Hourly Rate | Lodestar |
|---|---|---|---|---|
| **Michael R. Reese** | **Managing Partner** | **9.5** | **$950** | **$9,025.00** |
| **George V. Granade** | **West Coast Managing Partner** | **3.75** | **$850** | **$3,187.50** |
| **TOTAL** | | **13.25** | | **$12,212.50** |

### REESE LLP COSTS

Complaint Filing Fee -                                                            $400
Pro Hac Vice Fee (for David Deal)                                           $500

**TOTAL COSTS**                                                                    **$900**

3