# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JONAS JÖDICKE,

    Plaintiff,

v.

AARON CARTER,

    Defendant.

Civil Action No.: 20-cv-7946

## AFFIDAVIT OF SERVICE

I declare under oath that I am 18 years or older and not a party to the action and that I served THE FOLLOWING DOCUMENTS: 1) Motion for Default Judgment; 2) Declaration of Jonas Jödicke; 3) Declaration of David Deal; and 4) Declaration of Michael Reese; on the Defendant in Los Angeles County, California on December 4, 2020 at the following location: 42502 Valley Vista Drive, Lancaster, CA 93536 by handing the documents to a person identified to me as the Defendant: Aaron Carter.

I have charged the following fees for my services in this matter: Fee $80.00.

## VERIFICATION

I declare under penalty of perjury under the law of California that the foregoing is true and correct.

Executed on the 4th day of December 2020

Los Angeles County, California


Rochelle Celt                     Rochelle Celt    12-04-2020
(Printed Signature)              Signature            Date

Case 2:20-cv-07946-DMG-MRW   Document 19   Filed 12/07/20   Page 3 of 3   Page ID #:107