Larry Zerner (SBN 155473
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310)773-3623
Email: Larry@ZernerLaw.com

Attorneys for Defendant Aaron Carter

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAS JODICKE<br><br>    Plaintiff,<br><br>    vs.<br><br>AARON CARTER<br><br>    Defendant | Case No.: 20-CV-7946-DMG-MRW<br><br>DECLARATION OF LARRY ZERNER |

I, Larry Zerner declare as follows:

   1. I am an attorney admitted to practice before this Court and I am the attorney of record for Defendant Aaron Carter in this action.  The facts set forth in my declaration are known personally by me to be true and correct, and if called upon as a witness, I could and would competently testify thereto.

   2. I reviewed the declaration of Plaintiff's attorney David Deal that was filed in support of the motion for default judgment.  In the declaration, Mr. Deal seeks attorney's fees at the rate of $750 per hour.

   3. As this hourly rate seemed excessively high to me, I looked up the Pacer filings in Virginia (where Mr. Deal is based), to see if Mr. Deal had filed similar declarations in cases filed in Virginia.

4. I found two such declarations, in *Blaine Harrington v. Cool Destinations, LLC,* Case No. 3:17-CV-0012, Mr. Deal filed a declaration on May 8, 2017 stating that he billed his client at a rate of $200 per hour.  See Par. 13.

5. In *Benjamin Disinger v. Prestige Art Studios, LLC*, Case No. 1:17-cv-01409-CMH-JFA, Mr. Deal filed a declaration on April 2, 2018 stating that his billing rate was $250 per hour.  See Par. 4

6. True and correct copies of these declarations are attached hereto as Exhibit 1 and 2.

7. I did not find any declarations where Mr. Deal claimed to charge more than $250 per hour for his time.

I swear under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed this 9th day of December 2020, in Los Angeles, CA.

                                        /Larry Zerner/

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| BLAINE HARRINGTON, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 3:17-CV-00012 |
| COOL DESTINATIONS LLC, | : |
| Defendant. | : |

DECLARATION OF DAVID C. DEAL

I, DAVID C. DEAL state the following:

1. I am over the age of eighteen (18) and otherwise competent to testify.

2. I am the attorney for Plaintiff, Blaine Harrington ("Harrington") in the above-styled case.

3. On June 8, 2016, I mailed a demand letter to Peter Downie, owner and registered agent of Defendant, identifying the present copyright infringement claim. [Exhibit 1].

4. On June 8, 2016, I emailed a digital copy of the letter detailed in Paragraph 3 to the following email address: info@coolkeywest.com.

5. On July 18, 2016, I mailed a follow up letter to Peter Downie, owner and registered agent of Defendant. [Exhibit 2].

6. On August 9, 2016, I emailed a first follow up to the letter detailed in Paragraph 3 to the following email address: info@coolkeywest.com. [Exhibit 3].

Page 1 of 16

**Exhibit 1**

7. On October 30, 2016, I emailed a second follow up to the letter detailed in Paragraph 3 to the following email address: info@coolkeywest.com. [Exhibit 4].

8. On November 21, 2016, I emailed a third follow up to the letter detailed in Paragraph 3 to the following email address: info@coolkeywest.com. [Exhibit 5].

9. On February 13, 2017, I called the Customer Support telephone number listed on the Defendant's website, 855-274-1023, to inform Defendant of the impending lawsuit concerning the facts and circumstances that are the subject of the present case.

10. As a result of the telephone call detailed in Paragraph 9 and in response to a request by the individual with whom I spoke, I emailed the infringing URL to the following email address: support@cooldestinations.com. [Exhibit 6].

11. On February 13, 2017, I received an email from the following email address: support@cooldestinations.com. [Exhibit 7].

12. The email detailed in Paragraph 11 was the only correspondence of any kind my office received from Defendant.

13. As of the date of this Declaration, I have billed my client, Mr. Harrington, for a total of twelve (12) hours at $200/hour, for a total of $2,400.00. My work included the following: analyzing the merits of the case, preparing the demand letter and digital copy, drafting the follow up emails, performing legal research, preparing and filing the Complaint, and preparing and filing the Motion for Default.

14. I incurred expenses of $475.00 while prosecuting the present case, including a $400.00 filing fee, and $75.00 service of process fee.

**Exhibit 1**

I swear of affirm the foregoing is true and correct under penalties of perjury.

DATED: May 8, 2017

*/s/ David Deal*
David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
P.O. Box 1042
Crozet, VA 22932
434-233-2727, Telephone
888-965-8083, Facsimile
Attorney for Plaintiff

Page 3 of 16

**Exhibit 1**

## AFFIDAVIT OF DAVID C. DEAL

BEFORE ME, the undersigned authority, on this day personally appeared DAVID C. DEAL, known to me to be a credible person, who, after being first duly sworn on oath, deposes and states as follows:

1. I am over the age of eighteen (18) years, and am fully competent to give testimony. I have personal knowledge that the following statements and facts are true and correct.

2. I am currently employed by The Law Office of David C. Deal, P.L.C. located in Crozet, Virginia in the capacity of owner and principle.

3. The Law Office of David C. Deal P.L.C. was retained by Benjamin Disinger for a claim of copyright infringement against Prestige Art Studios LLC.

4. My billing rate is $250.00/hour.

5. Between January 25, 2017 and April 2, 2018, I performed fifteen (15) hours of work on Mr. Disinger's behalf, including examining the claim, drafting a demand letter to Prestige Art Studios LLC, and following up by letter, telephone, and email. I also performed legal research, drafted and filed the complaint, and secured proper service on Prestige Art Studios LLC.

6. My total fees and costs in this case are $4,283.90, which include $3,750.00 in fees and $533.90 in costs ($400.00 filing fee, $133.90 service of process)

Dated: April 2, 2018

_____
DAVID C. DEAL

SUBSCRIBED AND SWORN to before me on April 2, 2018, by DAVID C. DEAL, Affiant.

_____
Notary Public, Commonwealth of Virginia

Beverly Elaine Gentry
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7369153
My Commission Expires 11/30/2014

**Exhibit 2**