# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONAS JÖDICKE, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: |
| AARON CARTER, | : 2:20-cv-07946-DMG-MRW |
| Defendant. | : |

## NOTICE OF SETTLEMENT

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Defendant have reached a settlement in the above-referenced case. A formal settlement agreement will be circulated between the parties for review and approval. Once all of the appropriate signatures have been obtained, an executed Stipulation of Dismissal of the entire action will be filed.

IT IS SO STIPULATED.

Dated: June 8, 2021

*/s/ David C. Deal*
David C. Deal
The Law Office of David C. Deal, P.L.C.
P.O. Box 1042
Crozet, VA 22932
Telephone: (434) 233-2727
Email: david@daviddeal.com
*Counsel for Plaintiff*